**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Rafael DURAN–ROMERO,**
**Defendant—Appellant.**

No. 03–30329, 03–30331.

United States Court of Appeals,
Ninth Circuit.

Submitted June 15, 2004.*

Decided June 24, 2004.

J. Richard Scruggs, Esq., Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Rafael Duran–Romero, Sheridan, OR, pro se.

Thomas E. Price, Esq., Salem, OR, for Defendant–Appellant.

Before LEAVY, THOMAS and FISHER, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Raphael Duran–Romero appeals his guilty-plea conviction and 262–month sentence for conspiracy to distribute and to possess with intent to distribute more than 500 grams

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

of cocaine, in violation of 21 U.S.C. §§ 841 and 846, and distribution of more than 5 grams of methamphetamine, in violation of 21 U.S.C. § 841.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Duran–Romero has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Duran–Romero did not filed a pro se supplemental brief, and the government did not file a brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is GRANTED and the district court's judgments are AFFIRMED.